**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name: The State of Texas v. Keiarra Peterson

Appellate case number: 01-19-00137-CR

Trial court case number: 1529626

Trial court: 177th District Court of Harris County

      Appellee Keiarra Peterson filed a motion for rehearing of the Court's August 25, 2020 opinion. The motion for rehearing is **denied**.

      It is so ORDERED.

      Panel consist of Justices Goodman, Hightower, and Countiss.


Judge's signature: /s/ Julie Countiss
                      Acting for the Court


Date: December 29, 2020